**Order entered August 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00167-CV

### SARAH GREGORY AND NEW PRIME, INC., Appellants

### V.

### JASWINDER CHOHAN, ET AL., Appellees

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-15-02925-E**

## ORDER

Before the Court is the August 2, 2018 letter from court reporter Vikki Ogden concerning the status of the reporter's record. Ms. Ogden informs the Court that she has transcribed the record, but she needs to "verify" the exhibits and is awaiting final payment. She anticipates she will finish verifying the exhibits by August 13th and will file the record upon payment.

We construe the letter as a request for extension of time to file the record, which was due July 31, 2018, and note that since the filing of the letter, appellants have provided verification of final payment. We **GRANT** the extension request and **ORDER** the reporter's record be filed no later than August 16, 2018.

/s/    DAVID EVANS
JUSTICE